Theodore C. Chen, Esq. [CA Bar 206647]

LAW OFFICES OF FARSHAD OWJI, P.A.

info@owjilaw.com

473 Jackson Street Fl. 2

San Francisco, CA 94111

Telephone: (415) 693-9583

Facsimile: (415) 693-9584

E-filing

**ORIGINAL FILED**

JUN ‾ 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Plaintiff<br><br>Mahshid Kianfard<br><br>v.<br><br>ALBERTO R. GONZALES, Attorney General of the United States in his official capacity;<br><br>ROBERT S. MUELLER, Director of FBI in his official capacity;<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security in his official capacity;<br><br>EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Service in his official capacity;<br><br>Rosemary MELVILLE, District Director of the San Francisco Citizenship and Immigration Service office in her official capacity,<br>Defendants | Case No. C 07 2904 WDB<br><br>COMPLAINT FOR<br><br>WRIT OF MANDAMUS<br><br>USCIS Case # A96-111-781 |

Complaint for Writ of Mandamus
Immigration Case

COMES NOW Mahshid Kianfard ("Mrs. Kianfard") Plaintiff in the above-styled and numbered case and for her cause of action would show the Court the following:

## JURISDICTION

1.    Jurisdiction in this case is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. § 701 *et seq.*, and 28 U.S.C. § 2201 *et seq.* Relief is requested pursuant to said statutes.

## VENUE

2.    Venue is proper in this court pursuant to 28 USC § 1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant resides and where a substantial part of the events or omissions giving rise to Plaintiff's claims occurred. More specifically, the individual Plaintiff's application for lawful permanent resident status was properly filed with and has been adjudicated by the San Francisco district office of the USCIS and, to Plaintiff's knowledge, remains pending with that office waiting for FBI background check.

## INTRADISTRICT ASSIGNMENT

3.    According to the Civil Local Rule 3-2 (c) this Court is the proper court. This case arose in City of Dublin within Alameda County.

PARTIES

4.    This action is brought against the Defendants to compel action on an application for lawful permanent resident status properly filed by Mahshid Kianfard. The application to adjust status was filed and remains within the jurisdiction of the Defendants, who have improperly withheld action on said petition and applications to Plaintiff's detriment.

5.    Defendant Michael Chertoff is the Secretary of the Department of Homeland Security of the United States (the "Secretary"), and this action is brought against him in his official capacity. He is generally charged with enforcement of the INA, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. INA § 103(a); 8 U.S.C. § 1103(a). More specifically, the Secretary is responsible for the adjudication of applications for adjustment of status filed pursuant to INA § 245, 8 U.S.C. § 1255. The USCIS is an agency within the Department of Homeland Security to whom the Secretary's authority has in part been delegated, and is subject to the Secretary's supervision.

6.    Defendant Alberto Gonzales is the Attorney General of the United States in charge of the United States Department of Justice in which FBI is part of.

7.    Defendant Robert S. Mueller is the Director of the FBI the agency in charge of completing the FBI background checks.

8.    Defendant Emilio T. Gonzales, is the Acting Director of the USCIS, and is generally charged with the administration of the benefits governed by the INA. INA § 103(c); 8 U.S.C. § 1103(c)

9.    Defendant Rosemary Melville is the District Director for the USCIS generally charged with supervisory authority over all operations of the San Francisco, California District Office. Defendant

Rosemary Melville is the official with whom the individual Plain-
tiff's application for lawful permanent resident status is cur-
rently pending.

## EXHAUSTION OF REMEDIES

10.  Plaintiff has exhausted her administrative remedies. Plaintiff
has made numerous inquiries to the USCIS concerning the status of
the application to no avail (See Ex.7). There is no other mean
available to Plaintiff for remedies.

## FACTS

11.  Mrs. Kianfard is a 38 year old native and citizen of Iran.
On November 14, 2004, Mrs. Kianfard married to Amir Radpour who is
the citizen of United States (See Ex.1  Copy of Mrs. Kianfrad's
California Driving License; Copy of Mrs. Kianfard's Marriage Cer-
tificate Dated November 14, 2004; Copy of Plaintiff's Husband Mr.
Radpour's Naturalization Certificate Dated October 21, 2003) and
was therefore entitled to seek lawful permanent resident status as
an "immediate relative" pursuant to INA §201(b)(2)(A)(i), 8 U.S.C.
§1151(b)(2)(A)(i). The couple has been married since then. They
currently have one child, Rostin Radpour, born on January 19, 2006.
(See Ex. 2 Copy of Plaintiff's Son Rostin Radpour's Birth Certifi-
cate Dated January 19, 2006).


12.  After her marriage to a United States Citizen, Mrs. Kianfard
applied for Adjustment of Status with United States Citizenship and
Immigration Services (USCIS) on January 18, 2005 (See Ex. 3 Copy of
Plaintiff's Adjustment of Status Application Receipt Dated January
18, 2005; Copy of Notice of Receipt Dated March 11, 2005). This ap-
plication was accepted by the USCIS and Mrs. Kianfard was scheduled

for interview for May 11, 2005 (See Ex. 4 Copy of Interview notice
for Plaintiff's Application to Adjustment of Status Dated March 08,
2005)

13.   Mrs. Kianfard and Mr. Radpour appeared for their interview at
the San Francisco district office of USCIS on that date. After the
interview, the USCIS officer informed Mrs. Kianfard that her appli-
cation for permanent residence has been continued for security
clearance (See Ex. 5 Copy of Letter of Continuance Dated May 11,
2005). It has been more than 2 years since Mrs. Kianfard filed this
application, and approximately 2 years since Mrs. Kianfard has been
interviewed where the regular processing for this application based
on defendant's own data is regularly within six (6) months after
the filling of the application. (See Ex. 6  Printout of USCIS San
Francisco District Office Processing Dates Posted May 21, 2007)


14.   Mrs. Kianfard made various inquiries as to the status of her
application for Adjustment of Status. During all these requests,
Mrs. Kianfard was informed that her application for status as per-
manent resident has been retained for FBI security clearance, and
she will be notified when further action has been taken in her
case. (See Ex. 7 Copy of the Request Made by Plaintiff on March 10,
2006 to USCIS; Copy of Assistance Request made by Plaintiff to US
Senator Dianne Feinstein Dated June 27, 2006 and Senator Fein-
stein's Response Dated July 21, 2006; Copy of Response from Senator
Feinstein's Constituent Service Representative Morgan Galli Dated
September 22, 2006)


15.   Defendants have sufficient information to determine Plain-
tiff's eligibility pursuant to applicable requirements. To date,
said application has not been adjudicated. The status of pending

application is available to the public on the USCIS web site to-
gether with the anticipated processing times for each application,
true and authentic copies of which are attached hereto as (See Ex.
6).

16.  Defendants' refusal to act in this case due the pending FBI
background check is arbitrary and not in accordance with the law.
Defendants willfully, and unreasonably, have delayed in and have
refused to, adjudicate Plaintiff's application for over 2 years,
thereby depriving her of the right to a decision on her status to
which Plaintiff is entitled.

17.  Mrs. Kianfard has been damaged by being deprived of the status
of lawful permanent residents during the interminable pending of
her application. Mrs. Kianfard seeks to integrate fully into Ameri-
can life, society and culture. Becoming a permanent resident is a
path to naturalization as an American citizen, with the rights and
privileges inherent therein, depends upon prior permanent resident
status for at least 3 years. Sec. 319   [8 U.S.C. 1430].   Mrs.
Kianfard is therefore being deprived of the right to travel outside
of the U.S. She is also deprived to accumulate the requisite time
as permanent residents before she is eligible to apply for natu-
ralization, as a direct result of Defendants' failure to timely ad-
judicate her applications to adjust status.

18.  Defendants, in violation of the Administrative Procedures Act,
5 U.S.C. §§ 555(b), 701 et seq., are unlawfully withholding or un-
reasonably delaying action on Plaintiff's application and have
failed to carry out the adjudicative functions delegated to them by
law with regard to Plaintiff's case.

PRAYER

19.  WHEREFORE, in view of the arguments and authorities noted
herein, Plaintiffs respectfully pray that Court enter an order to:

(a) Accept jurisdiction and maintain continuing jurisdiction of
this action;

(b) Issue a writ in the nature of mandamus, pursuant to 28
U.S.C. §1361 and 5 U.S.C. §706(1), compelling Defendants to make a
determination of the adjustment of status application of the named
plaintiff, to notify Plaintiff that her application has been
granted or denied;

(c) Awarding Plaintiff's reasonable attorney's fees;

(d) Granting a preliminary injunction to maintain the status quo
until the lawsuit can be determined on its merits;

(e) Declare Defendants in violation APA act; and declare as
agency action unlawfully withheld and unreasonably delayed, pursu-
ant to 5 U.S.C. §706(1), the violation by Defendants of 5 U.S.C.
§706(1);

(f) Granting such other relief at law and in equity as justice
may require.

Respectfully submitted,

Dated: 4th Day of June , 2007.

Theodore C. Chen, Esq.
LAW OFFICE OF FARSHAD OWJI
Attorney for Plaintiff
473 JACKSON STREET, 2ND FLOOR
SAN FRANCISCO, CA 94111
(415) 693-9583 Telephone
(415)693-9584 Facsimile

VERIFICATION

    I, Theodore C. Chen, hereby verify that, to the best of my knowledge and belief, the matters stated in the Complaint for Writ of Mandamus are true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California

On this ___6/4/2007___ .


                               _____
                               Theodore C. Chen, Esq.
                               LAW OFFICE OF FARSHAD OWJI
                               Attorney for Plaintiff
                               473 JACKSON STREET, 2ND FLOOR
                               SAN FRANCISCO, CA 94111

LIST OF ATTACHMENTS

EXHIBIT      DESCRIPTION OF THE ATTACHED DOCUMENT
             FAMILY PHOTO OF THE PLAINTIFF

1      Copy of Mrs. Kianfrad's California Driving License

       Copy of Mrs. Kianfard's ID Card From California Board of
       Registered Nursing

       Copy of Mrs. Kianfard's Employment Authorization Document

       Copy of Mrs. Kianfard's Marriage Certificate Dated November
       14, 2004

       Copy of Plaintiff's Husband Mr. Radpour's Naturalization
       Certificate Dated October 21, 2003


2      Copy of Plaintiff's Son Rostin Radpour's Birth Certificate
       Dated January 19, 2006

       Copy of Plaintiffs Adjustment of Status Application Receipt
3      Dated January 18, 2005

       Copy of Notice of Receipt Dated March 11, 2005

4      Copy of Interview notice for Plaintiff's Application to Ad-
       justment of Status Dated May 11, 2005


5      Copy of Letter of Continuance Dated May 11, 2005


6      Printout of USCIS San Francisco District Office Processing
       Dates Posted April 18, 2007

       Copy of the Request Made by Plaintiff on March 10, 2006 to
       USCIS,

7      Assistance Request made by Plaintiff to US Senator Dianne
       Feinstein Dated June 27, 2006 and Senator Feinstein's Re-
       sponse Dated July 21, 2006

       Response from Senator Feinstein's Constituent Service Rep-
       resentative Morgan Galli Dated September 22, 2006



# EXHIBIT 1





U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. Citizenship and Immigration Services

## EMPLOYMENT AUTHORIZATION CARD

The person identified is authorized to work in the U.S. for the validity of this card.

NAME   KIANFARD, MAHSHID





A# 096-111-781

CARD # MSC0614415180

Birthdate      Category      Sex
07/          F



NOT VALID FOR REENTRY TO U.S.

CARD VALID FROM 05/10/06   EXPIRES 05/09/07

# CALIFORNIA
BOARD OF REGISTERED NURSING

Registered Nurse
License:  615435

MAHSHID  KIANFARD

Expiration: 08/31/2008
Status: ACTIVE



| | 1A. NAME OF GROOM—First (Given) | 1B. MIDDLE | 1C. LAST (FAMILY) | 2. DATE OF BIRTH—Month, Day, Year |
|---|---|---|---|---|
| **GROOM PERSONAL DATA** | AMIR | – | RADPOUR | 02/20/1963 |

| | 3A. RESIDENCE – STREET AND NUMBER | 3B. CITY | 3C. ZIP CODE | 3D. COUNTY—OUTSIDE CALIFORNIA, ENTER STATE | 4. STATE OF BIRTH |
|---|---|---|---|---|---|
| | 5050 HACIENDA DR # 936 | DUBLIN | 94568 | ALAMEDA | IRAN |

| 5. MAILING ADDRESS—IF DIFFERENT | 6. NUMBER OF PREVIOUS MARRIAGES | 7A. LAST MARRIAGE ENDED BY: | 7B. DATE-Month, Day, Year |
|---|---|---|---|
| – | 02 | ☐ DEATH ☒ DISSOLUTION ☐ ANNULMENT | 07/23/2003 |

| 8A. USUAL OCCUPATION | 8B. USUAL KIND OF BUSINESS OR INDUSTRY | 9. EDUCATION – YEARS COMPLETED |
|---|---|---|
| DENTIST | DENTISTRY | 21 |

| 10A. FULL NAME OF FATHER | 10B. STATE OF BIRTH | 11A. FULL MAIDEN NAME OF MOTHER | 11B. STATE OF BIRTH |
|---|---|---|---|
| SAYFOLLAH RADPOUR | IRAN | BATOUL KHAILAEZADEH | IRAN |

| | 12A. NAME OF BRIDE – FIRST (Given) | 12B. MIDDLE | 12C. CURRENT LAST (FAMILY) | 12D. MAIDEN LAST (FAMILY) (IF DIFFERENT THAN 12C) | 13. DATE OF BIRTH—MONTH, DAY, YEAR |
|---|---|---|---|---|---|
| **BRIDE PERSONAL DATA** | MAHSHID | – | KIANFARD | | 07/18/1968 |

| | 14A. RESIDENCE -- STREET AND NUMBER | 14B. CITY | 14C. ZIP CODE | 14D. COUNTY—OUTSIDE CALIFORNIA, ENTER STATE | 15. STATE OF BIRTH |
|---|---|---|---|---|---|
| | 20135 KESWICK ST # 308 | CANOGA PARK | 91306 | LOS ANGELES | CALIF |

| 16. MAILING ADDRESS—IF DIFFERENT | 17. NUMBER OF PREVIOUS MARRIAGES | 18A. LAST MARRIAGE ENDED BY: | 18B. DATE — MONTH, DAY, YEAR |
|---|---|---|---|
| – | 00 | ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT | |

| 19A. USUAL OCCUPATION | 19B. USUAL KIND OF BUSINESS OR INDUSTRY | 20. EDUCATION— YEARS COMPLETED |
|---|---|---|
| NURSE | HOSPITAL | 17 |

| 21A. FULL NAME OF FATHER | 21B. STATE OF BIRTH | 22A. FULL MAIDEN NAME OF MOTHER | 22B. STATE OF BIRTH |
|---|---|---|---|
| ABBASALI KIANFARD | IRAN | KHANOMBALA PIRVALI | IRAN |

**AFFIDAVIT**

WE, THE UNDERSIGNED, AN UNMARRIED MAN AND UNMARRIED WOMAN, STATE THAT THE FOREGOING INFORMATION IS CORRECT AND TRUE TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US, AND THEREBY APPLY FOR A LICENSE AND A CERTIFICATE OF MARRIAGE.

| 23. SIGNATURE OF GROOM ▶ | 24. SIGNATURE OF BRIDE ▶ |
|---|---|
| | |

**LICENSE TO MARRY**

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF CALIFORNIA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS, REQUIRED CONSENTS FOR THE ISSUANCE OF THIS LICENSE ARE ON FILE.

| 25A. ISSUE DATE MONTH, DAY, YEAR | 25B. LICENSE EXPIRES AFTER MONTH, DAY, YEAR | 25C. LICENSE NUMBER | 25D. COUNTY OF ISSUE |
|---|---|---|---|
| 11/12/2004 | 02/10/2005 | V 0006273 | ▶ LOS ANGELES |

| 25E. SIGNATURE OF COUNTY CLERK | 25F. SIGNATURE OF DEPUTY CLERK (IF APPLICABLE) |
|---|---|
| CONNY B. MCCORMACK | BY ▶ DEPUTY |

**WITNESS(ES) (ONE REQUIRED)**

| 26A. SIGNATURE OF WITNESS ▶ | 26B. ADDRESS — STREET AND NUMBER | 26C. CITY, STATE AND ZIP CODE |
|---|---|---|
| 27A. SIGNATURE OF WITNESS ▶ | 27B. ADDRESS — STREET AND NUMBER | 27C. CITY, STATE AND ZIP CODE |

**CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE**

28. I HEREBY CERTIFY THAT THE ABOVE-NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA.

| 29A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE ▶ | 29B. RELIGIOUS DENOMINATION (IF CLERGY) Muslim |
|---|---|

ON Nov. 14 2004

| 29C. NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT) Muhammad M. Seyahzadeh | 29D. OFFICIAL TITLE Muslem Priest |
|---|---|

AT Los Angeles LA CALIFORNIA

| 29E. MAILING ADDRESS 22235 Wyandotte St. Canoga Park CA | 29F. ZIP CODE 91303 |
|---|---|

**LOCAL REGISTRAR OF MARRIAGES (COUNTY RECORDER)**

| 30A. SIGNATURE OF LOCAL REGISTRAR | 30B. SIGNATURE OF DEPUTY (IF APPLICABLE) | 31. DATE ACCEPTED FOR REGISTRATION |
|---|---|---|
| ▶ CONNY B. MCCORMACK | BY ▶ DEPUTY | |

STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES, OFFICE OF STATE REGISTRAR

91 91673 VS-117 (3-91)

---

# AFFIDAVIT

## I acknowledge that I have received the brochure titled "Your Future Together"

_____
SIGNATURE OF WIFE                    DATE

_____
SIGNATURE OF HUSBAND                 DATE

THIS AFFIDAVIT MUST BE SIGNED AND RETURNED TO THE COUNTY CLERK WHO MAY DETACH AND DISCARD IT BEFORE REGISTRATION AND FILING OF THE CERTIFICATE.

CERTIFICATE OF NATURALIZATION

No. 27983652

Personal description of holder as of date of naturalization:

Date of birth: FEBRUARY 20, 1963

Sex: MALE

Height: 5 feet 9 inches

Marital status: DIVORCED

Country of former nationality: IRAN



Amir

Radpour

FORM N-550 REV. 6-91

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

Amir Radpour
(Complete and true signature of holder)

INS Registration No.    A070064544

Be it known that, pursuant to an application filed with the Attorney General,

AMIR RADPOUR

residing at: SAN FRANCISCO, CALIFORNIA

The Attorney General having found that:

then residing in the United States intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

US DISTRICT COURT OF NORTHERN CALIFORNIA

at: SAN FRANCISCO, CALIFORNIA on OCTOBER 21, 2003

that such person is admitted as a citizen of the United States of America.

Eduardo Aguirre
Commissioner of Immigration and Naturalization

# EXHIBIT 2

## OFFICE OF RECORDER

# COUNTY OF ALAMEDA

### OAKLAND, CALIFORNIA

## CERTIFICATE OF LIVE BIRTH
### STATE OF CALIFORNIA
**USE BLACK INK ONLY**

1200601000490

| | STATE FILE NUMBER | | | | LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER |
|---|---|---|---|---|---|

| THIS CHILD | 1A. NAME OF CHILD — FIRST (GIVEN) | 1B. MIDDLE | | 1C. LAST (FAMILY) | |
|---|---|---|---|---|---|
| | ROSTIN | - | | RADPOUR | |

| | 2. SEX | 3A. THIS BIRTH, SINGLE, TWIN, ETC. | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. | 4A. DATE OF BIRTH — MM/DD/CCYY | 4B. HOUR — (24 HOUR CLOCK TIME) |
|---|---|---|---|---|---|
| | MALE | SINGLE | - | 01/19/2006 | 1748 |

| PLACE OF BIRTH | 5A. PLACE OF BIRTH — NAME OF HOSPITAL OR FACILITY | | 5B. STREET ADDRESS — STREET, NUMBER, OR LOCATION | |
|---|---|---|---|---|
| | VALLEYCARE MEDICAL CENTER | | 5555 W. LAS POSITAS BLVD. | |

| | 5C. CITY | 5D. COUNTY | 5E. PLANNED PLACE OF BIRTH |
|---|---|---|---|
| | PLEASANTON | ALAMEDA | HOSPITAL |

| FATHER OF CHILD | 6A. NAME OF FATHER — FIRST (GIVEN) | 6B. MIDDLE | 6C. LAST (FAMILY) | 7. STATE OF BIRTH | 8. DATE OF BIRTH |
|---|---|---|---|---|---|
| | AMIR | - | RADPOUR | IRAN | 02/20/1963 |

| MOTHER OF CHILD | 9A. NAME OF MOTHER — FIRST (GIVEN) | 9B. MIDDLE | 9C. LAST (MAIDEN) | 10. STATE OF BIRTH | 11. DATE OF BIRTH |
|---|---|---|---|---|---|
| | MAHSHID | - | KIANFARD | IRAN | 07/18/1968 |

| INFORMANT CERTIFICATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 12A. PARENT OR OTHER INFORMANT — SIGNATURE | 12B. RELATIONSHIP TO CHILD | 12C. DATE SIGNED |
|---|---|---|---|---|
| | | *Mahshid* | mother | 01/23/2006 |

| CERTIFICATION OF BIRTH | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR AND PLACE STATED | 13A. ATTENDANT OR CERTIFIER — SIGNATURE — DEGREE OR TITLE | 13B. LICENSE NUMBER | 13C. DATE SIGNED |
|---|---|---|---|---|
| | | *Matthew Reed Him Lead* | G76511 | 01/23/2006 |

| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT |
|---|---|---|
| | MICHELLE OLIVEIRA, MD, 5575 W LAS POSITAS BLVD, PLEASANTON | MATTHEW REED, HIM LEAD |

| LOCAL REGISTRAR | 15A. DATE OF DEATH | 15B. STATE FILE NO. (STATE USE ONLY) | 16. LOCAL REGISTRAR — SIGNATURE | 17. DATE ACCEPTED FOR REGISTRATION |
|---|---|---|---|---|
| | | | ANTHONY ITON, M.D. | 01/24/2006 |

001557242    **CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Alameda County Recorder.

DATE ISSUED    APR 2 5 2006



PATRICK O'CONNELL
ALAMEDA COUNTY RECORDER



This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# EXHIBIT 3

U.S. Department of Homeland Security
*630 Sansome Street*
*San Francisco, CA 94111*



**U.S. Citizenship
and Immigration
Services**

# Notice of Receipt

Date:     3/11/2005

A No:     96-111-781   /  COA:   CR6

Name:       KIANFARD, MAHSHID

Address:       5050 HACIENDA DR. #936

DUBLIN, CA 94568

Your Form I-485 Application for Adjustment of Status has been received and accepted.  Your interview appointment notice will be mailed to you separately.  If you also applied for employment authorization and/or advance parole, notices for appearing to receive these benefits, if approved, are also enclosed.

**Please carefully review all of the other material enclosed.  It may include requests for evidence and documentation you must bring with you to your interview on the date assigned.  Failure to bring all requested evidence and documents to your adjustment of status interview could result in immediate denial of your adjustment application.  DO NOT mail documents to this office unless advised to do so.**

**NOTICE:  You must not depart the United States without written permission from the Service while your application is pending.  If you depart without permission your application will be denied.  You may apply for advance parole to re-enter the United States to continue processing your application.**

ADVISORY:  If after April 1, 1997, you were unlawfully present in the United States for more than 180 days before filing for adjustment of status, you may be found inadmissible under Section 212(a)(9)(B)(I) of the Act when returning to the United States.  If you are found inadmissible, you will need to qualify for a waiver of inadmissibility before your adjustment of status can be approved.

CHANGE OF ADDRESS: The change of address form included with this receipt is for your use to notify this office of any change of address.  Please retain a copy for your records.  Failure to notify this office in a timely manner of any change of address may result in denial of your applications for adjustment of status and employment authorization (EAD).

**For:  David N. Still, District Director**                    www.uscis.gov

DM Form 1 (12/04/03) other editions are obsolete and may no longer be used

# EXHIBIT 4

Bureau of Citizenship and Immigration Services
*USBCIS*
*630 Sansome Street*
*San Francisco, CA 94111*

REQUEST FOR EVIDENCE

*Adjustment of Status Application*

<u>DO NOT MAIL DOCUMENTS TO THIS OFFICE UNLESS ADVISED TO DO SO</u>

Applicant's Name: *Ndihed Kanfael*    Date: MAR – 8 2006

Alien Number: _____    Officer: DM

DOCUMENTS AND OTHER EVIDENCE REQUIRED AT THE TIME OF YOUR ADJUSTMENT OF STATUS
INTERVIEW ARE LISTED BELOW. PLEASE BRING TO YOUR INTERVIEW ORIGINALS AND/OR COPIES OF
ALL DOCUMENTS YOU SUBMITTED WITH YOUR APPLICATION. NOTE ! : CHECK THIS LIST
CAREFULLY AND BE SURE TO BRING WITH YOU TO YOUR INTERVIEW ANY DOCUMENTS LISTED THAT
WERE NOT INCLUDED WITH YOUR ORIGINAL APPLICATION.

IMPORTANT: FAILURE TO BRING THE MATERIAL LISTED BELOW TO YOUR SCHEDULED INTERVIEW MAY RESULT IN
DENIAL OF YOUR APPLICATION DUE TO LACK OF PROSECUTION.

| | REQUIRED DOCUMENTATION AND EVIDENCE |
|---|---|
| ☒ | Copies of registered birth, death, divorce, and marriage certificates to support claimed relationships (mother, father, son, daughter, brother, sister, husband, wife, and ex-spouse) as applicable. |
| ☒ | Two (2) affidavits attesting to the birth or death of persons for whom registered certification is not available. |
| ☒ | A Non-Availability of Document statement certified by civil authorities for any unavailable documents. |
| ☒ | For marriage cases, evidence of marital union (rental agreement, deeds, insurance policies, utility bills, bank/credit statements, tax returns, and any other evidence to prove bona fide marriage) |
| ☒ | English translation of any/all foreign documents |
| ☒ | Copy of passport pages with photo and personal data, and evidence of legal entry, such as I-94, non-immigrant visa, and/or entry stamp, for all applicants. |
| ☒ | Immigration specified color photos for all applicants |
| ☒ | Certified copies of Final Disposition of Arrests and Police Clearances, if required by classification |
| ☒ | Forms G-325A for all applicants and petitioner. |
| ☒ | Form I-864 Affidavit of Support on behalf of all applicants. (I-864 must be notarized) |
| ☒ | Employment letter with company letter head (business stationary) showing salary, starting date and position held for any sponsor and/or co-sponsor completing form(s) I-864. |
| ☒ | Federal Income Tax Returns AND Forms W-2 for sponsor(s) completing Form I-864 |
| ☒ | Form I-693 Medical Examination & Supplemental Form for Immunizations |
| ☒ | Copy of Naturalization Certificate or U.S. passport or U.S. Birth Certificate for petitioners and joint sponsors. |
| ☒ | A statement from an officer of the bank or other financial institution in which you have deposits, including current balance and deposit and withdrawal history for the last 12 months. |
| ☐ | |
| | |

For David N. Still
District Director, CIS

**EXHIBIT 5**

*Reference # TICO69062149SFR*
*(Primary) 2006, 2 6/10 ...*

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

**MAHSHID KIANFARD**          A96 111 781          **E-11 (PENDING)**

☑ **HAND-DELIVERED to applicant**    **DATE: 5/11/ 2005**

**THIS LETTER IS IN REFERENCE TO YOUR APPLICATION FOR PERMANENT RESIDENCE.
YOUR CASE HAS BEEN CONTINUED FOR THE REASON(S) CHECKED BELOW.**
☐ **Visa Availability**   ☐ **Fingerprints**   ☒ **Security Clearance(s)**   ☐ **A-file(s)**   ☒ **Further Review**
☐ **Documentation (listed below)**   ☐ **Other**:

**IT IS REQUESTED THAT YOU SUBMIT THE FOLLOWING DOCUMENTS:**

YOU ARE ADVISED THAT YOU ARE GRANTED A PERIOD OF **NINETY (90)** DAYS FROM THE DATE
OF THIS LETTER TO SUBMIT THE REQUESTED DOCUMENTS.

FAILURE TO COMPLY WITH THIS REQUEST WILL BE DEEMED GROUNDS FOR **DENIAL** OF YOUR
APPLICATION FOR LACK OF PROSECUTION.

Sincerely,

David N. Still
District Director

cc:

**PLEASE SEND REQUESTED DOCUMENTS
WITH A COPY OF THIS LETTER TO:**

Citizenship and Immigration Service
630 Sansome Street, Room 200 / AOS
San Francisco, CA  94111
ATTN:  E11 / PENDING / A96 111 781

www.dhs.gov

**EXHIBIT 6**

Home   Contact Us   Site Map   FAQ

Search   [GO]

Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

[ Print This Page ]   [ Back ]

## U.S. Citizenship and Immigration Services
## San Francisco CA Processing Dates
## Posted May 21, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Francisco CA** Posted May 21, 2007

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|------|-----------|---------------------------------------------------|
| I-131 | Application for Travel Documents | February 12, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | November 13, 2006 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | February 09, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | February 09, 2007 |
| I-765 | Application for Employment Authorization | February 26, 2007 |
| N-400 | Application for Naturalization | October 12, 2006 |
| N-600 | Application for Certification of Citizenship | February 12, 2007 |

[ Print This Page ]    [ Back ]

**05-29-2007 05:00 PM EDT**

Home    Contact Us    Privacy Policy    Website Policies    NoFEAR    Freedom Of Information Act    FirstGov

U.S. Department of Homeland Security

**EXHIBIT 7**

U.S. Department of Homeland Security
USCIS
630 Sansome Street
San Francisco, CA 94111

 **U.S. Citizenship
and Immigration
Services**

Monday, March 13, 2006

MAHSHID KIANFARD
4442 BANGOR CT
DUBLIN  CA 94568

Dear MAHSHID KIANFARD:

On 03/10/2006 you, or the designated representative shown below, contacted us about your case.  Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 01/18/2005 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | KIANFARD, MAHSHID |
| **Your USCIS Account Number (A-number):** | A096111781 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed.  A check of our records establishes that your case is not yet ready for decision, as the required  investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case.  These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking.  We will make every effort to make a decision on this case as soon as the background checks are complete.  If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember:  By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement).  If you have moved, please complete a Form AR-11 and mail it to the address shown on that form.  If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you.  If you move, please call us with your new address information as soon as your move is complete.  If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON ENERGY AND NATURAL RESOURCES
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND ADMINISTRATION
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

July 21, 2006

Ms. Mahshid Kianfard
4442 Bangor Court
Dublin, California 94568

Dear Ms. Kianfard:

Thank you for contacting my office regarding your concerns with the status of your name check. I appreciate your bringing this to my attention and giving me an opportunity to see if my office can be of assistance.

I have asked Morgan Galli in my San Francisco office to assist you. Ms. Galli has contacted the Federal Bureau of Investigation on your behalf. You will hear back from my office when a response is received from the agency, which usually takes from six to eight weeks.

Again, thank you for contacting me. My San Francisco staff will do all they can to help you.

Sincerely,

Dianne Feinstein
United States Senator

DF:mg

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485–7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914–7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231–9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393–0707

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON ENERGY AND NATURAL RESOURCES
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND ADMINISTRATION
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510-0504

http://feinstein.senate.gov

September 22, 2006

Ms. Mahshid Kianfard
4442 Bangor Court
Dublin, California 94568

Dear Ms. Kianfard:

The Federal Bureau of Investigation has told me that your name check has been pending since 04/22/05. The FBI requests that our office wait ninety days before making a follow up inquiry.

I hope that this information is helpful and that it will clarify the situation for you. If you have further questions, or if there is any way the Senator's office can help you in the future on other federal matters, I hope you will contact us again.

Sincerely,

Morgan Galli
Constituent Services Representative

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707



# U.S. Senator Dianne Feinstein

Ca

- Home
- Biography
- News
- Services
- Legislation
- Voting Record
- For Students
- Contact Me
- Links
- En Espanol
- Site Map

## Privacy Release Form

### Immigration Assistance Form

**All Other Casework, please complete the
following pdf form or
print this page below and return to:**

**U.S. Senator Dianne Feinstein
One Post Street, Suite 2450
San Francisco, CA 94104**

Attn:_____  People ID#:_____
        (for office use only)

Senator Dianne Feinstein

**Privacy Release Form**

**Complete, sign, and return to:**

SENATOR DIANNE FEINSTEIN
One Post Street, Suite 2450
San Francisco, CA 94104

Date: _06/27/06_

Name: _Mahshid Kianfard_

Address: _4442 Bangor ct , Dublin, CA_
Zip: _94568_

Home Phone: _(925) 828-8465_

~~Work~~ Phone: _cell # (818) 300-5892_

Federal Agency Involved:_____

Social Security # or Agency File
#: _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_

Have you contacted our office before? _NO_____

Have you contacted another congressional office regarding this matter? _NO_____

If "yes" to the above, which office & when?
_____

Is this matter currently pending before a local, state, or federal court? _NO_____

Problem:

Please briefly explain your problem and outline the steps that have been taken by you and the agency with regards to your situation. In addition, please make your request for assistance as specific as possible. Should you require more room, feel free to attach a letter addressed directly to the Senator.

I am a 37 years old Female. Registered nurse, live in U.S. since 1999. Work in valley care hospital in pleasanton, CA.

My mom is a U.S. citizen (Khanom Bala Pirvali) she applied for me to be a permanent residence on 2001. My case was in process.

I got married to a U.S. citizen since Nov/2004 and have a little baby now.

I reapplied on Jan/2005 through my husband. We had an interview on May/11/2005 in San Francisco office. everything went very fine. our file was completed. The officer told me my case will be pending for security check. If didn't hear from them after 90 days follow up the case. Now, It is more than a year over from my interview date. I called and even visited several times to

USCIS office in San Francisco for follow up my case. every time they said the status still pending for background check. I have an emergency back home and I request your assistance to find out my case status and also find out if a visa can be available for me to travel outside the U.S.

please Find attachments include the most recent copies I recieved from the I.N.S.

Thank you and appreciated your assistance

                    mahshid kianfard

I hereby authorize U.S. Senator Dianne Feinstein and her staff to make inquiries and obtain information related to my case currently pending with the above
mentioned federal agency.

SIGNATURE: _____Mahshid_____  06/27/06

Pt.
(For Senator Feinstein Stan. Jose Only)

## ASSISTANCE REQUEST

**PLEASE CLEARLY TYPE OR PRINT.**

Name: _Mahshid Kianfard_          Date: _06/27/06_
Street Address: _4442 Bangor ct._          Apt. #: _____
City: _Dublin_          State: _CA_ Zip Code: _94568_
Home Phone:(_925_) _828-8465_ ~~Work~~ Phone: (_818_) _300-5892 cell_
E-mail Address: _Mahshidkia@yahoo.com_
**Attention Attorneys: You must attach a copy of the G-28.

## SECTION I: (To be completed by all constituents.)

**A.**  Name of the Petitioner: _Amir Radpour_
Name of the Beneficiary: _Mahshid Kianfard_
Date of Birth: _07/18/1968_ Country of Birth: _IRAN_
_____
Alien Registration # (Green Card ) of Petitioner:  A _700 64 544_
Alien Registration # (Green Card ) of Beneficiary: A _96 111 781_
Receipt # (usually begins with "WAC"): _____

**B.**  FORM(S) FILED: [Please mark an 'X' next to the forms you have already filed.]

_____G-639     _____I-129F     _____I-140     _____I-600     _✓_I-765     _____N-526     ___N-643

_____I-90     _✓_I-130     _✓_I-485     _____I-600A     _____I-824     _____N-565

_____I-129     _____I-131     _____I-539     _____I-751     _____N-400     _____N-600

**C.**  INS OFFICE WHERE FORM WAS FILED (Please circle the appropriate city):

(San Francisco)    San Jose    Fresno    Sacramento    Los Angeles    Laguna Niguel    San Diego

## LOCATION OF CASE

☛    If your case is currently at the **National Visa Center**, please go to **Section 2.**

☛    If your case is currently at an **American Consulate** or **Embassy**, please go to **Section 3.**

☛    If neither applies, please skip to **Section 4.**

**SECTION 2:** Please complete this section if your case is currently at the **NATIONAL VISA CENTER)**

If your case is currently at the National Visa Center in Portsmouth, New Hampshire please complete the following, otherwise skip to Section III. Please refer to the letter you received from the National Visa Center:

Case Number (or Receipt Number):_____

PA Name:_____    Preference Category:_____

Your Priority Date:_____    Foreign State Charge ability:_____

PLEASE ATTACH THE MOST RECENT CORRESPONDENCE FROM THE NATIONAL VISA CENTER OR 'NOTICE OF ACTION' FROM THE INS

**Please skip to Section 4.**

**SECTION 3:** (To be completed if your case is currently at an **AMERICAN CONSULATE** or **EMBASSY**)

Case Number:_____

American Embassy or Consulate where the File is Currently:

City:_____    Country: _____

On a separate sheet of paper please describe briefly what problems you are experiencing and how Senator Feinstein can assist you.

ATTACH A COPY OF THE MOST RECENT CORRESPONDENCE FROM THE NATIONAL VISA CENTER (unless you filed for a 'Fiancé(e) Visa', then provide a copy of the approval notice from the INS)

**Please proceed to Section 4.**

**SECTION 4:** (To be completed by **all constituents**.)

- ❑ Mail this form to the address indicated below.
- ☑ Include a copy of the most recent correspondence received from the INS, National Visa Center, American Embassy, and/or American Consulate.
- ❑ Include the most recent copy of the '**Notice of Action**' received from the INS.
- ☑ I authorize United States Senator Dianne Feinstein to make an inquiry on my behalf.

Signature: _____*Mahshy*_____    Date: 06/27/06

**Senator Dianne Feinstein**
**1 Post Street, Suite 2450**
**San Francisco, California 94104**
**415-393-0707**