SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAHSHID KIANFARD, <br><br>        Plaintiff, <br><br>    v. <br><br> ALBERTO R. GONZALES, Attorney General of the United States in his Official Capacity; ROBERT S. MUELLER, Director of FBI in his Official Capacity; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, in his Official Capacity; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, in his Official Capacity; ROSEMARY MELVILLE, District Director of the San Francisco Citizenship and Immigration Services, in her Official Capacity, <br><br>        Defendants. | No. C 07-2904 WDB <br><br> ANSWER |

    Defendants hereby submit their answer to Plaintiff's Complaint for Writ of Mandamus.

**JURISDICTION**

    1. Paragraph One consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

ANSWER
C07-2904 WDB                            1

## VENUE

2. Paragraph Two consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required.

## INTRADISTRICT ASSIGNMENT

3. Paragraph Three consists of Plaintiff's allegations regarding intradistrict assignment, to which no responsive pleading is required.

## PARTIES

4. Paragraph Four consists of Plaintiff's conclusions of law and characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed to be required, Defendants admit the allegations in this paragraph.

5. Defendants admit the allegations in Paragraph Five.

6. Defendants admit the allegations in Paragraph Six.

7. Defendants admit the allegations in Paragraph Seven.

8. Defendants admit the allegations in Paragraph Eight.

9. Defendants admit the allegations in Paragraph Nine.

## EXHAUSTION OF REMEDIES

10. Defendants deny that Plaintiff has exhausted her administrative remedies.

## FACTS

11. Defendants admit the allegations in Paragraph Eleven.

12. Defendants admit the allegations in Paragraph Twelve.

13. Defendants admit the allegations in Paragraph Thirteen; however, defendants deny that the application is not in the regular processing queue.

14. Defendants admit the allegations in Paragraph Fourteen.

15. Defendants admit that the application is currently still pending with USCIS; however, defendants deny the remaining allegations in Paragraph Fifteen.

16. Defendants deny the allegations in Paragraph Sixteen.

17. Defendants deny the allegations in Paragraph Seventeen.

18. Defendants deny the allegations in Paragraph Eighteen.

**PRAYER**

19. Paragraph Nineteen consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, the Defendants deny this paragraph.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

The court should dismiss the complaint under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's complaint with prejudice; that Plaintiff take nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: August 6, 2007                    Respectfully submitted,

                                         SCOTT N. SCHOOLS
                                         United States Attorney


                                         _____/s/_____
                                         ILA C. DEISS
                                         Assistant United States Attorney
                                         Attorneys for Defendants

ANSWER
C07-2904 WDB                             3