1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12  MAHSHID KIANFARD,                    )
                                         ) No. C 07-2904 WDB
13              Plaintiff,               )
                                         )
14       v.                              )
                                         ) **CONSENT TO MAGISTRATE JUDGE**
15  ALBERTO R. GONZALES, Attorney General ) **JURISDICTION**
    of the United States in his Official Capacity; )
16  ROBERT S. MUELLER, Director of FBI in his )
    Official Capacity;                   )
17  MICHAEL CHERTOFF, Secretary of the   )
    Department of Homeland Security, in his Official )
18  Capacity;                            )
    EMILIO T. GONZALEZ, Director of the United )
19  States Citizenship and Immigration Services, in )
    his Official Capacity;               )
20  ROSEMARY MELVILLE, District Director of )
    the San Francisco Citizenship and Immigration )
21  Services, in her Official Capacity,  )
                                         )
22              Defendants.              )
                                         )
23  ─────────────────────────────────────

24       In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Defendants

25  in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and

26  all further proceedings in the case, including trial, and order the entry of a final judgment.

27  ///

28  ///

Consent to Magistrate Jurisdiction
C07-2904 WDB                                          1

1  Dated: August 21, 2007                    Respectfully submitted,

2                                            SCOTT N. SCHOOLS
                                             United States Attorney
3

4
                                             _____/s/_____
5                                            ILA C. DEISS
                                             Assistant United States Attorney
6                                            Attorney for Defendants

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Consent to Magistrate Jurisdiction
C07-2904 WDB                            2