1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO DIVISION

12 MAHSHID KIANFARD,                              )
                                                  ) No. C 07-2904 WDB
13         Plaintiff,                      )
                                                  )
14         v.                              )
                                                  ) **PARTIES' JOINT REQUEST TO BE**
15 ALBERTO R. GONZALES, Attorney General          ) **EXEMPT FROM FORMAL ADR**
   of the United States in his Official Capacity; ) **PROCESS**
16 ROBERT S. MUELLER, Director of FBI in his      )
   Official Capacity;                             )
17 MICHAEL CHERTOFF, Secretary of the             )
   Department of Homeland Security, in his Official )
18 Capacity;                                      )
   EMILIO T. GONZALEZ, Director of the United    )
19 States Citizenship and Immigration Services, in )
   his Official Capacity;                         )
20 ROSEMARY MELVILLE, District Director of       )
   the San Francisco Citizenship and Immigration  )
21 Services, in her Official Capacity,            )
                                                  )
22         Defendants.                     )
                                                  )
23 _____)

24     Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

25 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

26 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

27 options provided by the court and private entities, and considered whether this case might benefit

28 from any of them.

Parties' Request for ADR Exemption
C07-2904 WDB                                      1

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: August 21, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


          /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: August 20, 2007

          /s/
THEODORE C. CHEN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

WAYNE D. BRAZIL
United States Magistrate Judge

Parties' Request for ADR Exemption
C07-2904 WDB                                    2