Case 4:07-cv-02904-WDB     Document 5     Filed 08/21/2007     Page 1 of 2

THEODORE C. CHEN, CSBN 206647
LAW OFFICES OF FARSHAD OWJI, P.A.
473 Jackson Street, Second Floor
San Francisco, California 94111
Telephone:     (415) 693-9583
Facsimile:      (415) 693-9584

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAHSHID KIANFARD, | Case No.: **C07-2904 WDB** |
| Plaintiff, | |
| v. | |
| ALBERTO R. GONZALES, Attorney General of the United States in his Official Capacity; ROBERT S. MUELLER, Director of FBI in his Official Capacity;  MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, in his Official Capacity; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, in his Official Capacity; ROSEMARY MELVILLE, District Director of the San Francisco Citizenship and Immigration Service office in her official capacity; | **CONSENT TO MAGISTRATE JUDGE JURISDICTION** |
| Defendants. | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. Proc. 73, the Plaintiff in this case hereby voluntarily consents to have a United States Magistrate Judge

Consent to Magistrate Jurisdction                    1
C 07-2904 WDB

1 conduct any and all further proceedings in the case, including trial, and order the entry of a
2 final judgment.

3

4
  Dated: August 21, 2007                                    Respectfully Submitted,
5

6

7                                                                            /s/
8                                                              _____
                                                               THEODORE C. CHEN
9                                                              Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Consent to Magistrate Jurisdction          2
C 07-2904 WDB