UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHSHID KIANFARD,<br><br>        Plaintiff,<br><br>   v.<br><br>ALBERTO R. GONZALES, et al.<br><br>        Defendant(s).<br>_____/ | No. C 07-2904 WDB<br><br>CLERK'S NOTICE RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that the Initial Case Management Conference previously scheduled for September 10, 2007, at 4:00 p.m. has been rescheduled to **September 11, 2007, at 4:00 p.m.** <u>Lead</u> trial counsel for each party must participate in the case management conference and should review Judge Brazil's Standing Order, which can be found on the Court's website at www.cand.uscourts.gov. The parties also must comply with the Court's rules for submitting Case Management Conference Statements.

Dated: August 23, 2007                      Richard W. Wieking, Clerk
                                                        United States District Court

*Sarah Weinstein*

By:   Sarah Weinstein
       Law Clerk

Copies to:
    Parties, WDB.

1