1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

| | |
|---|---|
| 12  MAHSHID KIANFARD, | ) |
|                      | ) No. C 07-2904 WDB |
| 13          Plaintiff, | ) |
|                      | ) |
| 14          v.       | ) |
|                      | ) **JOINT CASE MANAGEMENT** |
| 15  ALBERTO R. GONZALES, Attorney General | ) **STATEMENT** and **[Proposed] ORDER** |
|     of the United States in his Official Capacity; | ) |
| 16  ROBERT S. MUELLER, Director of FBI in his | ) |
|     Official Capacity; | ) |
| 17  MICHAEL CHERTOFF, Secretary of the | ) |
|     Department of Homeland Security, in his Official | ) |
| 18  Capacity; | ) |
|     EMILIO T. GONZALEZ, Director of the United | ) |
| 19  States Citizenship and Immigration Services, in | ) |
|     his Official Capacity; | ) |
| 20  ROSEMARY MELVILLE, District Director of | ) |
|     the San Francisco Citizenship and Immigration | ) |
| 21  Services, in her Official Capacity, | ) |
|                      | ) |
| 22          Defendants. | ) |
| 23 | |

24   1. Jurisdiction and Service:

25       The basis asserted by plaintiff for this Court's jurisdiction is 28 U.S.C. § 1331, 28 U.S.C. §

26  1361 and 5 U.S.C. § 701.  The parties do not dispute that venue is proper in this district.  No issues

27  exist regarding personal jurisdiction or venue, and no parties remain to be served.

28

Joint Case Management Conference Statement
C07-2904 WDB                                    1

2. Facts:

The plaintiff filed a Form I-485 application to adjust her status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on or about January 18, 2005. The USCIS has not yet adjudicated the Form I-485 application. The plaintiff filed an action on June 5, 2007, seeking an order from this Court directing USCIS to adjudicate her Form I-485 application. Plaintiff's name check remains pending with the Federal Bureau of Investigation (FBI).

3. Legal Issues:

Whether this Court should dismiss the plaintiff's action for lack of jurisdiction. If this Court has jurisdiction, whether the USCIS is processing the plaintiff's I-485 application within a reasonable period of time.

4. Motions:

The parties intend to file cross-motions for summary judgment.

5. Amendment of Pleadings:

No parties, claims or defenses are expected to be added or dismissed.

6. Evidence Preservation:

The parties do not have any evidence that falls within this category.

7. Disclosures:

The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to this case.

8. Discovery:

The parties do not intend to take any discovery at this time.

9. Class Actions:

N/A

10. Related Cases:

The parties are not aware of any related case or cases.

11. Relief:

The plaintiff asks this Court to direct USCIS to adjudicate her Form I-485 application, and

1  award reason attorney's fees.

2      12.  Settlement and ADR:

3  The parties' filed a joint request for an exemption from the Court's ADR process on August
4  21, 2007.

5      13.  Consent to Magistrate Judge for All Purposes:

6  The parties consent to magistrate judge jurisdiction.

7      14.  Other References:

8  The parties do not believe that this case is suitable for reference to binding arbitration, a
9  special master, or the Judicial Panel on Multidistrict Litigation.

10     15.  Narrowing of Issues:

11 The parties do not believe that the issues can be narrowed by agreement or by motion, and do
12 not have suggestions to expedite the presentation of evidence at trial (e.g. through summaries or
13 stipulated facts), and any request to bifurcate issues, claims or defenses.

14     16.  Expedited Schedule:

15 The parties believe this case can be resolved on cross-motions for summary judgment.

16     17.  Scheduling:

17 Pursuant to the Court's Standing Order, the parties have called the Court's Clerk and propose
18 the following schedule on the parties' cross-motions for summary judgment:

19     Cross-Motions for Summary Judgment:    September 26, 2007

20     Cross-Oppositions:    October 10, 2007

21     Hearing:    October 31, 2007, 1:30 p.m.

22     18.  Trial:

23 The parties do not anticipate the need for a trial in this case.

24     19.  Disclosure of Non-party Interested Entities or Persons:

25 The parties' intend to file the "Certification of Interested Entities or Persons" required by Civil
26 Local Rule 3-16.

27     ///

28

Joint Case Management Conference Statement
C07-2904 WDB    3

1  20.  Such other matters as may facilitate the just, speedy and inexpensive disposition of this
matter.
   None.

Date: September 4, 2007                                  Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney

                                        /s/
                                        ILA C. DEISS
                                        Assistant United States Attorney
                                        Attorneys for Defendants


                                        /s/
Date: September 4, 2007                                  THEODORE C. CHEN
                                        Attorney for Plaintiff

**CASE MANAGEMENT ORDER**

     The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Date: _____

                                        WAYNE D. BRAZIL
                                        United States Magistrate Judge