UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: September 11, 2007     Start Time: 4:00 p.m.   End Time: 4:15 p.m.

DOCKET NO.        C 07-2904 WDB
TITLE OF CASE     *Kianfard v. Gonzales, et al.*

APPEARANCES     For Plaintiff:    Theodore C. Chen, Esq.

                For Defendant:    Melanie L. Proctor, Esq., AUSA (for Ila C. Deiss)


FTR: 9/11/07, 4:00 p.m.          Hearing:    (X) In Person  ( ) Telephone

PROCEEDINGS

[X] INITIAL STATUS CONFERENCE          [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE         [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)          [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE           [] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION (ORDER ONLY)  [] EXAM. OF JUDGMENT DEBTOR
[] NONDISPOSITIVE MOTION (OPINION)     [] EVIDENTIARY HEARING
[] OTHER:


ORDER TO BE PREPARED BY:  ( ) Plaintiff   ( ) Defendant   (x) Court


**NOTES**

Court conducted Case Management Conference.  See later-filed separate order.

1