SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAHSHID KIANFARD,<br><br>   Plaintiff,<br><br> v.<br><br>ALBERTO R. GONZALES, Attorney General of the United States in his Official Capacity;<br>ROBERT S. MUELLER, Director of FBI in his Official Capacity;<br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, in his Official Capacity;<br>EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, in his Official Capacity;<br>ROSEMARY MELVILLE, District Director of the San Francisco Citizenship and Immigration Services, in her Official Capacity,<br><br>   Defendants. | No. C 07-2904 WDB<br><br>**JOINT CASE MANAGEMENT STATEMENT** and **ORDER** |

1. Jurisdiction and Service:

The basis asserted by plaintiff for this Court's jurisdiction is 28 U.S.C. § 1331, 28 U.S.C. § 1361 and 5 U.S.C. § 701. The parties do not dispute that venue is proper in this district. No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

Joint Case Management Conference Statement
C07-2904 WDB          1

2. Facts:

The plaintiff filed a Form I-485 application to adjust her status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on or about January 18, 2005. The USCIS has not yet adjudicated the Form I-485 application. The plaintiff filed an action on June 5, 2007, seeking an order from this Court directing USCIS to adjudicate her Form I-485 application. Plaintiff's name check remains pending with the Federal Bureau of Investigation (FBI).

3. Legal Issues:

Whether this Court should dismiss the plaintiff's action for lack of jurisdiction. If this Court has jurisdiction, whether the USCIS is processing the plaintiff's I-485 application within a reasonable period of time.

4. Motions:

The parties intend to file cross-motions for summary judgment.

5. Amendment of Pleadings:

No parties, claims or defenses are expected to be added or dismissed.

6. Evidence Preservation:

The parties do not have any evidence that falls within this category.

7. Disclosures:

The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to this case.

8. Discovery:

The parties do not intend to take any discovery at this time.

9. Class Actions:

N/A

10. Related Cases:

The parties are not aware of any related case or cases.

11. Relief:

The plaintiff asks this Court to direct USCIS to adjudicate her Form I-485 application, and

1  award reason attorney's fees.

2  12. Settlement and ADR:

3  The parties' filed a joint request for an exemption from the Court's ADR process on August 21,
4  2007.

5  13. Consent to Magistrate Judge for All Purposes:

6  The parties consent to magistrate judge jurisdiction.

7  14. Other References:

8  The parties do not believe that this case is suitable for reference to binding arbitration, a special
9  master, or the Judicial Panel on Multidistrict Litigation.

10 15. Narrowing of Issues:

11 The parties do not believe that the issues can be narrowed by agreement or by motion, and do
12 not have suggestions to expedite the presentation of evidence at trial (e.g. through summaries or
13 stipulated facts), and any request to bifurcate issues, claims or defenses.

14 16. Expedited Schedule:

15 The parties believe this case can be resolved on cross-motions for summary judgment.

16 17. Scheduling (as revised by the Court at the Initial Case Management Conference on
17 September 11, 2007):

18 **Cross-Motions for Summary Judgment:**          **October 5, 2007**
19 **Cross-Oppositions:**                           **October 24, 2007**
20 **Hearing:**                                     **November 7, 2007, 1:30 p.m.**

21 18. Trial:

22 The parties do not anticipate the need for a trial in this case.

23 19. Disclosure of Non-party Interested Entities or Persons:

24 The parties' intend to file the "Certification of Interested Entities or Persons" required by Civil
25 Local Rule 3-16.

26 ///
27 ///
28 ///

Joint Case Management Conference Statement
C07-2904 WDB                          3

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

   None.

Date: September 4, 2007                             Respectfully submitted,

                                                    SCOTT N. SCHOOLS
                                                    United States Attorney


                                                    _____
                                                    ILA C. DEISS
                                                    Assistant United States Attorney
                                                    Attorneys for Defendants


                                                    _____
Date: September 4, 2007                             THEODORE C. CHEN
                                                    Attorney for Plaintiff


**CASE MANAGEMENT ORDER**

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court, <u>with revisions</u>, as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Date:   9/12/2007                                   _____
                                                    WAYNE D. BRAZIL
                                                    United States Magistrate Judge