1  THEODORE C. CHEN, SBN 206647
   Law Offices of Farshad Owji, P.A.
2  473 Jackson Street, Second Floor
   San Francisco, California 94111
3  Telephone:    (415) 693-9583
   Facsimile:    (415) 693-9584
4

5  Attorneys for Plaintiff
   MAHSHID KIANFARD
6

7

8              UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10                  OAKLAND DIVISION

11

12  MAHSHID KIANFARD          )    No.:   C07-2904 WDB
                              )
13            Plaintiff,      )
                              )
14  vs.                       )
                              )
15                            )
                              )
16  ALBERTO R. GONZALES, Attorney General of  )  DECLARATION OF MAHSHID
    the United States, in his Official Capacity;  )  KIANFARD IN SUPPORT OF
17  ROBERT S. MUELLER,  Director of FBI, in his  )  PLAINTIFF'S MOTION FOR
    Official Capacity;  MICHAEL CHERTOFF,  )  SUMMARY JUDGMENT
18  Secretary of Department of Homeland Security, in  )
    his Official Capacity;  EMILIO T. GONZALEZ,  )  Date:   November 7, 2007
19  Director of United States Citizenship and  )  Time:   1:30 p.m.
    Immigration Services, in his Official Capacity;  )  Judge:  Hon. Wayne D. Brazil
20  ROSEMARY MELVILLE, District Director of the  )
    San Francisco Citizenship and Immigration  )
21  Services in her Official Capacity;  )
                              )
22                            )
                              )
23  _____ )
              Defendants.     )

24       I, Mahshid Kianfard, declare as follows:

25       1.   I am the plaintiff in the above-entitled action on a petition for a writ of mandamus. I

26  make this declaration based on personal knowledge, and if called to testify as a witness, I could

27  and would testify competently to the truth of the statements made in this declaration.

28

2.    I am a native and citizen of Iran, born on July 18, 1968, in Tehran, Iran.   A true and correct copy of my Iranian National Identity Card, Serial Number 1-583841, with a certified English translation, is attached hereto as Exhibit A

3.    My father, Abbasali Kianfard, and my mother, Khanom Bala Pirvali, had nine children.   Most of my other siblings had long ago immigrated to the United States and became lawful permanent residents and naturalized U.S. citizens.   In 1994, my mother and father were fortunate to have the chance to go to the United States as beneficiaries of approved immediate relative visa petitions filed by my U.S .citizen brother, Naser Kianfard.

4.    In 1997, my sister, Azar, and I decided to flee Iran and seek political asylum abroad.   Although we were turned away or deported by several countries, including Cyprus and Greece, we managed to obtain transit to Canada, where we requested political asylum.   My sister and I waited almost two years for a decision on our request for asylum.   However, in the summer of 1999, we were finally informed that our request for asylum had been denied.   Thereafter, on September 1, 1999, my sister and I crossed the Canadian border into the United States near Buffalo, New York, by private truck, without having been inspected or admitted by an immigration officer.

5.    After my entry without inspection into the United States on September 1, 1999, I lived with my mother and two sisters in Atlanta, Georgia, where I studied English and pursued a nursing license.   A true and correct copy of my Georgia Driver's License, showing a license examination date of October 21, 2000, is attached hereto at Exhibit B.

6.    I was residing at 527 Northridge Road, Apt. A, in Atlanta, Georgia, following my entry on September 1, 1999 and through well after December 21, 2000, the date of enactment of the LIFE Act Amendments of 2000, that repealed the sunset of adjustment of status under Section 245(i) of the Immigration and Nationality for aliens who had entered the United States without inspection, in cases where a petition for family classification or a labor certification application had been filed on or before April 30, 2001, the alien was physically present in the United States on the date of the law's enactment, and he or she pays a $1,000 penalty fee.

7.    On April 30, 2001, my mother, Khanom Pirvali, who at that time was still a lawful permanent resident, filed a *Form I-130*, second-preference family immigrant visa petition to accord me status as an unmarried son or daughter of a permanent resident over 21 years of age. A petition was also filed for my sister, Azar, who entered the United States with me from Canada. A true and correct copy of the <u>Form I-797C, Receipt Notice</u>, showing a receipt date of April 30, 2001 for the I-130 petition filed on my behalf, is attached hereto at <u>Exhibit C</u>.

8.    In 2003, I moved from Atlanta to Los Angeles, California, where I first met Amir Radpour, a United States citizen of Iranian background who had his own dental practice in Northern California. After dating and communicating long distance over the next several months, Amir and I were married in Los Angeles, California on November 14, 2004. I thereafter moved from Los Angeles to the Bay Area to live at my husband's home in Dublin, California. True and correct copies of <u>License and Certificate of Marriage</u>, and Amir Radpour's <u>Certificate of Naturalization</u>, are attached hereto at <u>Exhibit D</u>.

9.    On January 18, 2005, my husband and I concurrently filed with the San Francisco District Office of the U.S. Citizenship and Immigration Service (USCIS) the following applications for my admission as a permanent resident:

<u>Form I-130</u>, Petition for Alien Relative;

<u>Form I-485</u> Application to Register Permanent Residence or Adjust Status, and <u>Supplement A to Form I-485</u>, Adjustment of Status under Section 245(i) of the Act; and

<u>Form I-765</u>, Application for Employment Authorization.

Thereafter, I received from USCIS a Notice of Receipt, dated March 11, 2005, indicating that my adjustment of status application had been accepted, with an attached checklist of documents to bring to my scheduled interview. True and correct copies of the <u>Notice of Receipt</u>, March 11, 2005, and enclosures, are herein attached at <u>Exhibit E</u>.

10.    On May 11, 2005, my husband and I appeared at USCIS San Francisco District Office for the scheduled interview on our applications. We presented evidence of the bona fides of our marriage, as well as documentation that my permanent resident mother had filed an I-130

petition for me on April 30, 2001 and that I was physically present in the United States on December 21, 2000.   At the conclusion of the interview, the USCIS officer informed us that the file looked complete, but that I had to wait until a "background check" or "security clearance" was completed before I would receive final approval of my application for adjustment of status. The officer issued to me a notice that my case would be held for "further review" until such time as the background check cleared.   A true and correct copy of the <u>Notice of Continuance</u>, May 11, 2005, is attached hereto at <u>Exhibit F</u>.

11.     It has been more than two years and eight months since I filed my application with USCIS and almost two and a half years since my husband and I were interviewed.  Just seven months later, on January 19, 2006, I gave birth to our son, Rostin Radpour.   A true and correct copy of the <u>Certificate of Live Birth</u> of Rostin Radpour is hereto attached at <u>Exhibit G</u>.

12.     In the meantime, I have made repeated and numerous inquiries about the status of my application by telephone, written correspondence and personal visits to the USCIS.  The last response USCIS provided to me occurred on March 13, 2006, when a letter again informed me that USCIS cannot move forward on my case until my "background checks" are cleared.   A true and correct copy of the USCIS letter dated March 13, 2006, is herein attached at <u>Exhibit H</u>.

13.     I then sought the help of a Constituent Services Representative, Ms. Morgan Galli, working on the staff of U.S. Senator Dianne Feinstein, to inquire into the status of my permanent resident application and delayed background check with the federal agencies involved.   Ms. Galli communicated to me that, after a direct inquiry with the FBI, she was informed that the name check conducted by the FBI as part of the security clearances required for my adjustment application had been pending since April 22, 2005.   Further inquiry should not be made until after 90 days.   True and correct copies of my communications with Senator Feinstein's office are herein attached at <u>Exhibit I</u>

14.     The delay in the adjudication of my adjustment of status application, or completion of the FBI name check, has caused me great personal stress.  In order to maintain my employment as a registered nurse, I must ensure that annual applications for renewal of my

employment authorization document are properly prepared and submitted well-in advance of expiration. True and correct copies of my California RN License Card and USCIS Employment Authorization Documents are attached hereto at <u>Exhibit J</u>.

15.    I have been informed by immigration law counsel that, because I have accrued unlawful presence in excess of one year after having entered without inspection on September 1, 1999, if I depart the United States while my adjustment of status application is pending, even if I properly obtain an advanced parole document prior to departing, I will have triggered a ten-year bar to my re-admission to the United States, thereby making me ineligible for a period of ten years for adjustment of status (if somehow I were paroled into the United States) or an immigrant visa sought from abroad.

16.    Due to the two-and-a-half year delay in completion of my case, my husband and I have not been able to take our son Rostin to Iran to visit his father's family. Moreover, earlier this year, when my 78-year old father passed away in Iran, I was unable to attend his funeral given that my adjustment of status application had not been approved.

17.    Recently, my sister, Azar, who entered the United States with me on September 1, 1999 and for whom my mother had also filed an immigrant visa petition on April 30, 2001, received approval of her application for adjustment of status based on my mother's petition and under Section 245(i) of the Immigration and Nationality Act.

18.    Since the time of filing of my adjustment of status application on January 18, 2005, I continue to be in a bona fide and legally-valid marital relationship with my U.S. citizen-petitioner husband, Amir Radpour. We currently reside together with our 19-month old son, Rostin Radpour, at 4442 Bangor Court, Dublin, California, 94568.

I declare under the penalty of perjury that foregoing is true and correct.

Dated: 10/01/07                    _____
                                   Mahshid Kianfard

## LIST OF EXHIBITS

Pages

EXHIBIT A    Copy of Mahshid Kianfard's Iranian National Identity Card,    1-2
Serial No. 1-583841, with Certified English translation,

EXHIBIT B    Copy of Mahshid Kianfard's State of Georgia Driver's License,    3
dated of October 21, 2000

EXHIBIT C    Copy of Form I-797C, Receipt Notice, April 30, 2001, for    4
I-130 Petition by Khanom Bala Pirvali on behalf of Mahshid Kanfard

EXHIBIT D    Copies of License and Certificate of Marriage,    5-6
and Amir Radpour's Certificate of Naturalization,

EXHIBIT E    Notice of Receipt, issued by San Francisco USCIS,    7-9
March 11, 2005, and enclosures

EXHIBIT F    Notice of Continuance pending security clearnace, issued by    10
San Francisco USCIS, May 11, 2005

EXHIBIT G    Copy of Certificate of Live Birth of Rostin Radpour    11

EXHIBIT H    Response to Inquiry letter, San Francisco USCIS, March 13, 2006    12

EXHIBIT I    Copies of Communications with Office of U.S. Senator Dianne Feinstein    13-20

EXHIBIT J    Copies of California RN License Card and    21-23
Employment Authorization Documents



**Identity Card**
Islamic Republic of Iran
*Interior Ministry*
Department of National Registration and Statistics

(Page 1)
Serial Number : 1-583841

| Photo of Holder *(Sealed & Affixed)* | | | Identity Card #   4201 | |
|---|---|---|---|---|

First Name        : Ms. Mahshid
Last Name         : KIANFARD
Date of Birth     : 07/18/1968
Place of Birth    : Tehran

| Parents | Name | Identity Card # | Place of Issue | District |
|---|---|---|---|---|
| Father | ABBASALI | 319 | Arak | 2 |
| Mother | KHANOMBALA | 805 | Arak | 1 |

Date of Recording of Document :      Place: Tehran , District -
*First and Last Name of the Clerk / Signed and Sealed : Bureau of Records of Tehran*

(Page 2)

| First and Last Name of Spouse | | Identity Card | Date of Birth | District | No. |
|---|---|---|---|---|---|
| Date of Marriage | Recording No. | Place of Marriage Registry & No. | | Place of Seal | |
| Name(s) of Child(ren) | Identity Card # | Date of Birth | Place of Issue | District | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Divorce / Death | Date of Recording | Recording No. | Place Registry No | | |

(Page 3 ) Remarks: <BLANK>
+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + +

State of California          )
County of Santa Clara       )
I CERTIFY THAT I AM COMPETENT TO TRANSLATE FARSI (PERSIAN) INTO ENGLISH AND ENGLISH INTO FARSI AND FURTHER CERTIFY THAT THE FOREGOING ENGLISH TRANSLATION IS A COMPLETE AND CORRECT TRANSLATION OF THE ATTACHED FARSI LANGUAGE DOCUMENT.

Translation by:



*Dariush B Gilani*
Dariush B. Gilani

*SEAL:*
940 Saratoga Ave.  Suite 112, San Jose, CA 95129 * Tel: (408) 554-1318 * Fax (408) 554-1751

EXHIBIT·A                01







EXHIBIT B

# Notice of Action

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER SRC-01-258-50568 | | CASE TYPE I130    IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
|---|---|---|
| RECEIVED DATE April 30, 2001 | PRIORITY DATE | PETITIONER A44 411 348 PIRVALI, KHANOM B. |
| NOTICE DATE August 31, 2001 | PAGE 1 of 1 | BENEFICIARY KIANFARD, MAHSHID |

| | |
|---|---|
| KHANOM B. PIRVALI 410 MNT VERNON HWY ATLANTA GA 30327 | **Notice Type:** Receipt Notice<br><br>Fee Previously Collected<br>Section: Unmarried child 21/older of permanent resident, 203(a)(2)(B) INA |

The above application or petition has been received. It usually takes 175 to 225 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (214) 381-1423 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit the INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
**Customer Service Telephone: (214) 381-1423**



EXHIBIT C

04

# LICENSE AND CERTIFICATE OF MARRIAGE

LEGIBLE - MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS

| | | | |
|---|---|---|---|
| **GROOM PERSONAL DATA** | 1A. NAME OF GROOM—First (Given): AMIR | 1B. MIDDLE: – | 1C. LAST (FAMILY): RADPOUR |

### GROOM PERSONAL DATA

- 1A. NAME OF GROOM—First (Given): AMIR
- 1B. MIDDLE: –
- 1C. LAST (FAMILY): RADPOUR
- 2. DATE OF BIRTH—Month, Day, Year: 02/20/1963
- 3A. RESIDENCE - STREET AND NUMBER: 5050 HACIENDA DR # 936
- 3B. CITY: DUBLIN
- 3C. ZIP CODE: 94568
- 3D. COUNTY—OUTSIDE CALIFORNIA, ENTER STATE: ALAMEDA
- 4. STATE OF BIRTH: IRAN
- 5. MAILING ADDRESS—IF DIFFERENT: –
- 6. NUMBER OF PREVIOUS MARRIAGES: 02
- 7A. LAST MARRIAGE ENDED BY: ☐ DEATH ☒ DISSOLUTION ☐ ANNULMENT
- 7B. DATE—Month, Day, Year: 07/23/2003
- 8A. USUAL OCCUPATION: DENTIST
- 8B. USUAL KIND OF BUSINESS OR INDUSTRY: DENTISTRY
- 9. EDUCATION - YEARS COMPLETED: 21
- 10A. FULL NAME OF FATHER: SAYFOLLAH RADPOUR
- 10B. STATE OF BIRTH: IRAN
- 11A. FULL MAIDEN NAME OF MOTHER: BATOUL KHAILAEZADEH
- 11B. STATE OF BIRTH: IRAN

### BRIDE PERSONAL DATA

- 12A. NAME OF BRIDE - FIRST (GIVEN): MAHSHID
- 12B. MIDDLE: –
- 12C. CURRENT LAST (FAMILY): KIANFARD
- 12D. MAIDEN LAST (FAMILY) (IF DIFFERENT THAN 12C): –
- 13. DATE OF BIRTH—MONTH, DAY, YEAR: 07/18/1968
- 14A. RESIDENCE -- STREET AND NUMBER: 20135 KESWICK ST # 308
- 14B. CITY: CANOGA PARK
- 14C. ZIP CODE: 91306
- 14D. COUNTY—OUTSIDE CALIFORNIA, ENTER STATE: LOS ANGELES
- 15. STATE OF BIRTH: CALIF
- 16. MAILING ADDRESS—If DIFFERENT: –
- 17. NUMBER OF PREVIOUS MARRIAGES: 00
- 18A. LAST MARRIAGE ENDED BY: ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT
- 18B. DATE - MONTH, DAY, YEAR: –
- 19A. USUAL OCCUPATION: NURSE
- 19B. USUAL KIND OF BUSINESS OR INDUSTRY: HOSPITAL
- 20. EDUCATION— YEARS COMPLETED: 17
- 21A. FULL NAME OF FATHER: ABBASALI KIANFARD
- 21B. STATE OF BIRTH: IRAN
- 22A. FULL MAIDEN NAME OF MOTHER: KHANOMBALA PIRVALI
- 22B. STATE OF BIRTH: IRAN

### AFFIDAVIT

WE, THE UNDERSIGNED, AN UNMARRIED MAN AND UNMARRIED WOMAN, STATE THAT THE FOREGOING INFORMATION IS CORRECT AND TRUE TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US, AND HEREBY APPLY FOR A LICENSE AND A CERTIFICATE OF MARRIAGE.

- 23. SIGNATURE OF GROOM ▶ *[signature]*
- 24. SIGNATURE OF BRIDE ▶ *Mahshe[signature]*

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF CALIFORNIA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS. REQUIRED CONSENTS FOR THE ISSUANCE OF THIS LICENSE ARE ON FILE.

### LICENSE TO MARRY

- 25A. ISSUE DATE MONTH, DAY, YEAR: 11/12/2004
- 25B. LICENSE EXPIRES AFTER MONTH, DAY, YEAR: 02/10/2005
- 25C. LICENSE NUMBER: V 0006273
- 25D. COUNTY OF ISSUE: ▶ LOS ANGELES
- 25E. SIGNATURE OF COUNTY CLERK: CONNY B. MCCORMACK
- 25F. SIGNATURE OF DEPUTY CLERK (IF APPLICABLE): BY ▶ DEPUTY

### WITNESS(ES) (ONE REQUIRED)

- 26A. SIGNATURE OF WITNESS ▶
- 26B. ADDRESS— STREET AND NUMBER:
- 26C. CITY, STATE AND ZIP CODE:
- 27A. SIGNATURE OF WITNESS ▶
- 27B. ADDRESS— STREET AND NUMBER:
- 27C. CITY, STATE AND ZIP CODE:

### CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE

28. I HEREBY CERTIFY THAT THE ABOVE-NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA.

- ON: MONTH Nov. DAY 14 YEAR 2004
- AT: CITY OR TOWN Los Angeles COUNTY LA CALIFORNIA
- 29A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE ▶ *M. Sayal[signature]*
- 29B. RELIGIOUS DENOMINATION (IF CLERGY): Muslim
- 29C. NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT): Muhammad M. Syahzadeh
- 29D. OFFICIAL TITLE: Muslem Priest
- 29E. MAILING ADDRESS: 22235 Wyandotte St. Canoga Park CA
- 29F. ZIP CODE: 91303

### LOCAL REGISTRAR OF MARRIAGES (COUNTY RECORDER)

- 30A. SIGNATURE OF LOCAL REGISTRAR ▶ CONNY B. MCCORMACK
- 30B. SIGNATURE OF DEPUTY (IF APPLICABLE): BY ▶ DEPUTY
- 31. DATE ACCEPTED FOR REGISTRATION:

STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES, OFFICE OF STATE REGISTRAR

91  91673  VS-117 (3-91)

---

## AFFIDAVIT

**I acknowledge that I have received the brochure titled     " Your Future Together "**

_____                    _____
SIGNATURE OF WIFE                                              DATE

_____                    _____
SIGNATURE OF HUSBAND                                        DATE

THIS AFFIDAVIT MUST BE SIGNED AND RETURNED TO THE COUNTY CLERK WHO MAY DETACH AND DISCARD IT BEFORE REGISTRATION AND FILING OF THE CERTIFICATE.

**EXHIBIT D**

05



CERTIFICATE OF NATURALIZATION

No. 27 983652

Personal description of holder as of date of naturalization:
Date of birth: FEBRUARY 20, 1963
Sex: MALE
Height: 5 feet 9 inches
Marital status: DIVORCED
Country of former nationality: IRAN

Amir Radpour

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

Amir Radpour
(Complete and true signature of holder)

INS Registration No: A070064544

Be it known that, pursuant to an application filed with the Attorney General

The Attorney General having found that:

AMIR RADPOUR

at: SAN FRANCISCO, CALIFORNIA

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

US DISTRICT COURT OF NORTHERN CALIFORNIA

at: SAN FRANCISCO, CALIFORNIA on: OCTOBER 21, 2003

that such person is admitted as a citizen of the United States of America.

Eduardo Aguirre
Commissioner of Immigration and Naturalization

FORM N-550 REV. 6-91

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

DEPARTMENT OF JUSTICE

06

Department of Homeland Security
630 Sansome Street
San Francisco, CA 94111

 U.S. Citizenship
and Immigration
Services

# Notice of Receipt

Date:     3/11/2005

A No:     96-111-781    /  COA:    CR6

Name:      KIANFARD, MAHSHID

Address:      5050 HACIENDA DR. #936

DUBLIN, CA 94568

Your Form I-485 Application for Adjustment of Status has been received and accepted. Your interview appointment notice will be mailed to you separately. If you also applied for employment authorization and/or advance parole, notices for appearing to receive these benefits, if approved, are also enclosed.

**Please carefully review all of the other material enclosed. It may include requests for evidence and documentation you must bring with you to your interview on the date assigned. Failure to bring all requested evidence and documents to your adjustment of status interview could result in immediate denial of your adjustment application. DO NOT mail documents to this office unless advised to do so.**

**NOTICE: You must not depart the United States without written permission from the Service while your application is pending. If you depart without permission your application will be denied. You may apply for advance parole to re-enter the United States to continue processing your application.**

ADVISORY: If after April 1, 1997, you were unlawfully present in the United States for more than 180 days before filing for adjustment of status, you may be found inadmissible under Section 212(a)(9)(B)(I) of the Act when returning to the United States. If you are found inadmissible, you will need to qualify for a waiver of inadmissibility before your adjustment of status can be approved.

CHANGE OF ADDRESS: The change of address form included with this receipt is for your use to notify this office of any change of address. Please retain a copy for your records. Failure to notify this office in a timely manner of any change of address may result in denial of your applications for adjustment of status and employment authorization (EAD).

**For: David N. Still, District Director**                    www.uscis.gov

DN Form 1 (12/04/03) other editions are obsolete and may no longer be used





Bureau of Citizenship and Immigration Services
*USBCIS*                                    REQUEST FOR EVIDENCE
*630 Sansome Street*
*San Francisco, CA 94111*                   *Adjustment of Status Application*

DO NOT MAIL DOCUMENTS TO THIS OFFICE UNLESS ADVISED TO DO SO

Applicant's Name: *Mehrdad Zanjani*        Date:        MAR - 8 2005
Alien Number: _____        Officer:        DM

DOCUMENTS AND OTHER EVIDENCE REQUIRED AT THE TIME OF YOUR ADJUSTMENT OF STATUS
INTERVIEW ARE LISTED BELOW. PLEASE BRING TO YOUR INTERVIEW ORIGINALS AND/OR COPIES OF
ALL DOCUMENTS YOU SUBMITTED WITH YOUR APPLICATION. NOTE ! : CHECK THIS LIST
CAREFULLY AND BE SURE TO BRING WITH YOU TO YOUR INTERVIEW ANY DOCUMENTS LISTED THAT
WERE NOT INCLUDED WITH YOUR ORIGINAL APPLICATION.

IMPORTANT: FAILURE TO BRING THE MATERIAL LISTED BELOW TO YOUR SCHEDULED INTERVIEW MAY RESULT IN
DENIAL OF YOUR APPLICATION DUE TO LACK OF PROSECUTION.

| | REQUIRED DOCUMENTATION AND EVIDENCE |
|---|---|
| ☒ | Copies of registered birth, death, divorce, and marriage certificates to support claimed relationships (mother, father, son, daughter, brother, sister, husband, wife, and ex-spouse) as applicable. |
| ☒ | Two (2) affidavits attesting to the birth or death of persons for whom registered certification is not available. |
| ☒ | A Non-Availability of Document statement certified by civil authorities for any unavailable documents. |
| ☒ | For marriage cases, evidence of marital union (rental agreement, deeds, insurance policies, utility bills, bank/credit statements, tax returns, and any other evidence to prove bona fide marriage) |
| ☒ | English translation of any/all foreign documents |
| ☒ | Copy of passport pages with photo and personal data, and evidence of legal entry, such as I-94, non-immigrant visa, and/or entry stamp, for all applicants. |
| ☒ | Immigration specified color photos for all applicants |
| ☒ | Certified copies of Final Disposition of Arrests and Police Clearances, if required by classification |
| ☒ | Forms G-325A for all applicants and petitioner. |
| ☒ | Form I-864 Affidavit of Support on behalf of all applicants. (I-864 must be notarized) |
| ☒ | Employment letter with company letter head (business stationary) showing salary, starting date and position held for any sponsor and/or co-sponsor completing form(s) I-864. |
| ☒ | Federal Income Tax Returns AND Forms W-2 for sponsor(s) completing Form I-864 |
| ☒ | Form I-693 Medical Examination & Supplemental Form for Immunizations |
| ☒ | Copy of Naturalization Certificate or U.S. passport or U.S. Birth Certificate for petitioners and joint sponsors. |
| ☒ | A statement from an officer of the bank or other financial institution in which you have deposits, including current balance and deposit and withdrawal history for the last 12 months. |
| ☐ | |
| | |

For David N. Still
District Director, CIS

09

Reference # 11C06901721449SFR

Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

**MAHSHID KIANFARD**            A96 111 781            E-11 (PENDING)

☑ **HAND-DELIVERED to applicant**    **DATE: 5/11/ 2005**

**THIS LETTER IS IN REFERENCE TO YOUR APPLICATION FOR PERMANENT RESIDENCE.
YOUR CASE HAS BEEN CONTINUED FOR THE REASON(S) CHECKED BELOW.**
☐ Visa Availability    ☐ Fingerprints    ☒ Security Clearance(s)    ☐ A-file(s)    ☒ Further Review
☐ Documentation (listed below)    ☐ Other:

**IT IS REQUESTED THAT YOU SUBMIT THE FOLLOWING DOCUMENTS:**

YOU ARE ADVISED THAT YOU ARE GRANTED A PERIOD OF **NINETY (90)** DAYS FROM THE DATE
OF THIS LETTER TO SUBMIT THE REQUESTED DOCUMENTS.

FAILURE TO COMPLY WITH THIS REQUEST WILL BE DEEMED GROUNDS FOR **DENIAL** OF YOUR
APPLICATION FOR LACK OF PROSECUTION.

Sincerely,

David N. Still
District Director

cc:

**PLEASE SEND REQUESTED DOCUMENTS
WITH A COPY OF THIS LETTER TO:**

Citizenship and Immigration Service
630 Sansome Street, Room 200 / AOS
San Francisco, CA  94111
ATTN: E11 / PENDING / A96 111 781

EXHIBIT F

www.dhs.gov

**10**

CERTIFICATION OF VITAL RECORD

OFFICE OF RECORDER

# COUNTY OF ALAMEDA

OAKLAND, CALIFORNIA

## CERTIFICATE OF LIVE BIRTH
## STATE OF CALIFORNIA

USE BLACK INK ONLY

1200601000490

STATE FILE NUMBER — LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

| | | | |
|---|---|---|---|
| **THIS CHILD** | 1A. NAME OF CHILD — FIRST (GIVEN) ROSTIN | 1B. MIDDLE - | 1C. LAST (FAMILY) RADPOUR |

| 2. SEX MALE | 3A. THIS BIRTH, SINGLE, TWIN, ETC. SINGLE | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. - | 4A. DATE OF BIRTH — MM/DD/CCYY 01/19/2006 | 4B. HOUR — (24 HOUR CLOCK TIME) 1748 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **PLACE OF BIRTH** | 5A. PLACE OF BIRTH — NAME OF HOSPITAL OR FACILITY VALLEYCARE MEDICAL CENTER | 5B. STREET ADDRESS — STREET, NUMBER, OR LOCATION 5555 W. LAS POSITAS BLVD. | |
| | 5C. CITY PLEASANTON | 5D. COUNTY ALAMEDA | 5E. PLANNED PLACE OF BIRTH HOSPITAL |

| | | | | |
|---|---|---|---|---|
| **FATHER OF CHILD** | 6A. NAME OF FATHER — FIRST (GIVEN) AMIR | 6B. MIDDLE - | 6C. LAST (FAMILY) RADPOUR | 7. STATE OF BIRTH IRAN | 8. DATE OF BIRTH 02/20/1963 |
| **MOTHER OF CHILD** | 9A. NAME OF MOTHER — FIRST (GIVEN) MAHSHID | 9B. MIDDLE - | 9C. LAST (MAIDEN) KIANFARD | 10. STATE OF BIRTH IRAN | 11. DATE OF BIRTH 07/18/1968 |

| | | | |
|---|---|---|---|
| **INFORMANT CERTIFICATION** | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 12A. PARENT OR OTHER INFORMANT — SIGNATURE *Mahshey* | 12B. RELATIONSHIP TO CHILD mother | 12C. DATE SIGNED 01/23/2006 |
| **CERTIFICATION OF BIRTH** | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR AND PLACE STATED. | 13A. ATTENDANT OR CERTIFIER — SIGNATURE — DEGREE OR TITLE *Matthew Reed Him Lead* | 13B. LICENSE NUMBER G76511 | 13C. DATE SIGNED 01/23/2006 |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT MICHELLE OLIVEIRA, MD, 5575 W LAS POSITAS BLVD, PLEASANTON | | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT MATTHEW REED, HIM LEAD |
| **LOCAL REGISTRAR** | 15A. DATE OF DEATH | 15B. STATE FILE NO. (STATE USE ONLY) | 16. LOCAL REGISTRAR — SIGNATURE ANTHONY ITON, M.D. | 17. DATE ACCEPTED FOR REGISTRATION 01/24/2006 |

EXHIBIT G

11

001557242

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF ALAMEDA



0 0 1 5 5 7 2 4 2

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Alameda County Recorder.

DATE ISSUED APR 2 5 2006



PATRICK O'CONNELL
ALAMEDA COUNTY RECORDER

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



U.S. Department of Homeland Security
USCIS
630 Sansome Street
San Francisco, CA 94111

**U.S. Citizenship
and Immigration
Services**

Monday, March 13, 2006

MAHSHID KIANFARD
4442 BANGOR CT
DUBLIN CA 94568

Dear MAHSHID KIANFARD:

On 03/10/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 01/18/2005 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | KIANFARD, MAHSHID |
| **Your USCIS Account Number (A-number):** | A096111781 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 03-13-2006 01:43 PM EST



12



**U.S. Senator Dianne Feinstein**

Ca

Home
Biography
News
Services
Legislation
Voting Record
For Students
Contact Me
Links
En Espanol
Site Map

**Privacy Release Form**

**Immigration Assistance Form**

**All Other Casework, please complete the
following pdf form or
print this page below and return to:**

**U.S. Senator Dianne Feinstein
One Post Street, Suite 2450
San Francisco, CA 94104**

Attn:_____ People ID#:_____
(for office use only)

Senator Dianne Feinstein

**Privacy Release Form**

**Complete, sign, and return to:**

SENATOR DIANNE FEINSTEIN
One Post Street, Suite 2450
San Francisco, CA 94104

Date:  06 / 27 / 06

Name: _Mahshid   Kianfard_____

Address: 4442 Bangor ct , Dublin, CA
Zip: 94568

Home Phone: (925) 828-8465_____

~~Work~~ Phone: cell # (818) 300-5892_____

Federal Agency Involved:_____

Social Security # or Agency File
#: ████████████████

EXHIBIT I

13

Have you contacted our office before? ___NO___

Have you contacted another congressional office regarding this matter? ___NO___

If "yes" to the above, which office & when?
_____

Is this matter currently pending before a local, state, or federal court? ___NO___

Problem:

Please briefly explain your problem and outline the steps that have been taken by you and the agency with regards to your situation. *In addition, please make your request for assistance as specific as possible.* Should you require more room, feel free to attach a letter addressed directly to the Senator.

I am a 37 years old Female, Registered nurse, live in U.S. since 1999. Work in valley care hospital in pleasanton, CA.

My mom is a U.S. citizen (Khanom Bala Pirvali) she applied for me to be a permanent residence on 2001. My case was in process.

I got married to a U.S. citizen since Nov/2004 and have a little baby now.

I reapplied on Jan/2005 through my husband we had an interview on May/11/2005 in San Francisco office. everything went very fine. Our file was completed. The officer told me my case will be pending for security check. If didn't hear from them after 90 days follow up the case Now, It is more than a year over from my interview date. I called and even visited several times to

USCIS office in San Francisco for follow up my case. every time they said the status still pending for background check. I have an emergency back home and I request your assistance to find out my case status and also find out if a visa can be available for me to travel outside the U.S.

please Find attachments include the most recent copies I recieved from the I.N.S.

Thank you and appreciated your assistance

mahshid kianfard

I hereby authorize U.S. Senator Dianne Feinstein and her staff to make inquiries and obtain information related to my case currently pending with the above
mentioned federal agency.

SIGNATURE: _____Mahshid_____ 06/27/06

**ASSISTANCE REQUEST**

**PLEASE CLEARLY TYPE OR PRINT.**

Name: _Mahshid Kianfard_     Date: _06/27/06_
Street Address: _4442 Bangor ct._     Apt. #: _____
City: _Dublin_    State: _CA_   Zip Code: _94568_
Home Phone: _(925) 828-8465_ ~~Work~~ Phone: _( 818 ) 300-5892 cell_
E-mail Address: _Mahshidkia@yahoo.com_
\*\*Attention Attorneys: You must attach a copy of the G-28.

**SECTION I:** (To be completed by all constituents.)

**A.** Name of the Petitioner: _Amir Radpour_
Name of the Beneficiary: _Mahshid Kianfard_
Date of Birth: _07/18/1968_   Country of Birth: _IRAN_
_____
Alien Registration # (Green Card ) of Petitioner: A _700 64 544_
Alien Registration # (Green Card ) of Beneficiary: A _96 111 781_
Receipt # (usually begins with "WAC"): _____

**B.** FORM(S) FILED: [Please mark an 'X' next to the forms you have already filed.]

____G-639    ____I-129F    ____I-140    ____I-600   _✓_I-765      ____N-526    ____N-643

____I-90    _✓_ I-130    _✓_I-485    ____I-600A    ____I-824      ____N-565

____I-129    ____I-131    ____I-539    ____I-751      ____N-400      ____N-600

**C.** INS OFFICE WHERE FORM WAS FILED (Please circle the appropriate city):

(San Francisco)    San Jose    Fresno    Sacramento    Los Angeles    Laguna Niguel    San Diego

## LOCATION OF CASE

☛    If your case is currently at the **National Visa Center**, please go to **Section 2**.

☛    If your case is currently at an **American Consulate** or **Embassy**, please go to **Section 3**.

☛    If neither applies, please skip to **Section 4**.

**16**

**SECTION 2:** Please complete this section if your case is currently at the **NATIONAL VISA CENTER**)

If your case is currently at the National Visa Center in Portsmouth, New Hampshire please complete the following, otherwise skip to Section III. Please refer to the letter you received from the National Visa Center:

Case Number (or Receipt Number):_____ .
PA Name:_____     Preference Category:_____
Your Priority Date:_____     Foreign State Charge ability:_____


PLEASE ATTACH THE MOST RECENT CORRESPONDENCE FROM THE NATIONAL VISA CENTER OR 'NOTICE OF ACTION' FROM THE INS

**Please skip to Section 4.**_____

**SECTION 3:** (To be completed if your case is currently at an **AMERICAN CONSULATE or EMBASSY**)

Case Number:_____
American Embassy or Consulate where the File is Currently:
City:_____     Country: _____

On a separate sheet of paper please describe briefly what problems you are experiencing and how Senator Feinstein can assist you.

ATTACH A COPY OF THE MOST RECENT CORRESPONDENCE FROM THE NATIONAL VISA CENTER (unless you filed for a 'Fiancé(e) Visa', then provide a copy of the approval notice from the INS)

**Please proceed to Section 4.**_____

**SECTION 4:** (To be completed by **all constituents**.)

- ❑   Mail this form to the address indicated below.
- ☑   Include a copy of the most recent correspondence received from the INS, National Visa Center, American Embassy, and/or American Consulate.
- ❑   Include the most recent copy of the '**Notice of Action**' received from the INS.
- ☑   I authorize United States Senator Dianne Feinstein to make an inquiry on my behalf.

Signature: _____*Mahshy*_____     Date: _06/27/06_

**Senator Dianne Feinstein**
**1 Post Street, Suite 2450**
**San Francisco. California 94104**
**415-393-0707**

17

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON ENERGY AND NATURAL RESOURCES
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND ADMINISTRATION
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

July 21, 2006

Ms. Mahshid Kianfard
4442 Bangor Court
Dublin, California 94568

Dear Ms. Kianfard:

Thank you for contacting my office regarding your concerns with the status of your name check. I appreciate your bringing this to my attention and giving me an opportunity to see if my office can be of assistance.

I have asked Morgan Galli in my San Francisco office to assist you. Ms. Galli has contacted the Federal Bureau of Investigation on your behalf. You will hear back from my office when a response is received from the agency, which usually takes from six to eight weeks.

Again, thank you for contacting me. My San Francisco staff will do all they can to help you.

Sincerely,

Dianne Feinstein
United States Senator

DF:mg

**18**

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON ENERGY AND NATURAL RESOURCES
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND ADMINISTRATION
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

September 22, 2006

Ms. Mahshid Kianfard
4442 Bangor Court
Dublin, California 94568

Dear Ms. Kianfard:

The Federal Bureau of Investigation has told me that your name check has been pending since 04/22/05. The FBI requests that our office wait ninety days before making a follow up inquiry.

I hope that this information is helpful and that it will clarify the situation for you. If you have further questions, or if there is any way the Senator's office can help you in the future on other federal matters, I hope you will contact us again.

Sincerely,

Morgan Galli
Constituent Services Representative

**19**

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485–7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914–7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231–9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393–0707

# CALIFORNIA
BOARD OF REGISTERED NURSING

Registered Nurse
License:  615435

MAHSHID  KIANFARD

Expiration: 08/31/2008
Status: ACTIVE



20



U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. Citizenship and Immigration Services

**EMPLOYMENT AUTHORIZATION CARD**

The person identified is authorized to work in the U.S. for the validity of this card.

NAME   KIANFARD, MAHSHID

A# 096-111-781
CARD # MSC0614415180
Birthdate      Category      Sex
                                      F

NOT VALID FOR REENTRY TO U.S.

CARD VALID FROM 05/10/06  EXPIRES 05/09/07



EXHIBIT J

21



22