UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIANFARD,<br><br>             Plaintiff,<br><br>   v.<br><br>ALBERTO R. GONZALES, et al.<br><br>             Defendants.<br>_____/ | No. C 07-2904 WDB<br><br>CLERK'S NOTICE RESCHEDULING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the hearing on the parties' cross-motions for summary judgment previously scheduled for November 7, 2007, has been rescheduled to **Wednesday, November 14, 2007, at 3:00 p.m.** The hearing will take place before Magistrate Judge Wayne D. Brazil, Courtroom 4, 1301 Clay Street, Oakland, California 94612.

Dated: October 31, 2007

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:  Sarah Weinstein
      Law Clerk/Deputy Clerk

Copies to:
    Parties, WDB.

1