| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124 |
| | FAX: (415) 436-7169 |
| 7 | |
| | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| MAHSHID KIANFARD, | ) | |
| | ) | No. C 07-2904 WDB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO DISMISS AND** |
| ALBERTO R. GONZALES, Attorney General | ) | **[PROPOSED] ORDER** |
| of the United States in his Official Capacity; | ) | |
| ROBERT S. MUELLER, Director of FBI in his | ) | |
| Official Capacity; | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security, in his Official | ) | |
| Capacity; | ) | |
| EMILIO T. GONZALEZ, Director of the United | ) | |
| States Citizenship and Immigration Services, in | ) | |
| his Official Capacity; | ) | |
| ROSEMARY MELVILLE, District Director of | ) | |
| the San Francisco Citizenship and Immigration | ) | |
| Services, in her Official Capacity, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, by and through her attorney of record, and Defendant by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485). The parties also request that the Court vacate the hearing scheduled for November 14, 2007.

Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-2904 WDB                                     1

| | |
|---|---|
| 1  Dated: November 13, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: November 13, 2007            /s/
THEODORE C. CHEN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
WAYNE D. BRAZIL
United States Magistrate Judge

Stipulation to Dismiss
C07-2904 WDB                                2