| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAHSHID KIANFARD, | ) |
| Plaintiff, | ) No. C 07-2904 WDB |
| v. | ) |
| ALBERTO R. GONZALES, Attorney General of the United States in his Official Capacity; | ) **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| ROBERT S. MUELLER, Director of FBI in his Official Capacity; | ) |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, in his Official Capacity; | ) |
| EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, in his Official Capacity; | ) |
| ROSEMARY MELVILLE, District Director of the San Francisco Citizenship and Immigration Services, in her Official Capacity, | ) |
| Defendants. | ) |

Plaintiff, by and through her attorney of record, and Defendant by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485). The parties also request that the Court vacate the hearing scheduled for November 14, 2007.

Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-2904 WDB                                    1

1  Dated: November 13, 2007                    Respectfully submitted,

2                                              SCOTT N. SCHOOLS
                                               United States Attorney
3

4

5                                              _____/s/_____
                                               ILA C. DEISS
6                                              Assistant United States Attorney
                                               Attorney for Defendants

7

8  Dated: November 13, 2007                    _____/s/_____
                                               THEODORE C. CHEN
9                                              Attorney for Plaintiff

10

11                         **ORDER**

12      Pursuant to stipulation, IT IS SO ORDERED.

13
   Date:  November 13, 2007
14                                             _____
                                               WAYNE D. BRAZIL
15                                             United States Magistrate Judge

Stipulation to Dismiss
C07-2904 WDB                       2